# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| CERTIFIED RESTORATION<br>DRYCLEANING NETWORK, LLC | )<br>)<br>) | |
| Plaintiff, | ) | Case No. 2:12-cv-10531 |
| vs. | )<br>) | Judge Robert H. Cleland |
| FEDERAL INSURANCE COMPANY, | )<br>) | Magistrate Judge Mona K. Majzoub |
| Defendant. | ) | |

K. Dino Kostopoulos (P57071)
Kostopoulos Law Group, PLLC
1821 W. Maple Rd.
Birmingham, MI 48009
 (248) 593-0300 ext. 11
dkostop@klawgrp.com

Peter B. Kupelian (P31812)
Carol G. Schley (P51301)
Clark Hill PLC
500 Woodward Ave., Suite 3500
Detroit, MI  48226
(313) 965-8524
pkupelian@clarkhill.com;
cschley@clarkhill.com

---

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
### REQUESTING EXTENSION OF DEADLINES BY 30 DAYS

---

This matter is before the Court on Defendant's Unopposed Motion Requesting Extension of Deadlines by 30 Days, and the Court being otherwise fully advised in the premises;

NOW THEREFORE, IT IS HEREBY ORDERED that the deadlines set forth in the Court's May 25, 2012 Order Setting Briefing Schedule are extended as follows:

- Plaintiff's motion for judgment (based upon stipulated facts to be jointly prepared by the parties prior to this deadline):  October 4, 2012

- Defendant's cross-motion/opposition brief: October 18, 2012

- Plaintiff's response/reply brief:  November 1, 2012

- Defendant's reply brief:  November 15, 2012

2

Date:  September 9, 2012             S/Robert H. Cleland
                                     Hon. Robert H. Cleland

8397142.1 39862/154407