## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| CERTIFIED RESTORATION DRYCLEANING NETWORK, LLC | ) ) ) | |
| Plaintiff, | ) ) | Case No.  2:12-cv-10531 |
| vs. | ) ) | Judge Robert H. Cleland |
| FEDERAL INSURANCE COMPANY, | ) ) | Magistrate Judge Mona K. Majzoub |
| Defendant. | ) ) | |

K. Dino Kostopoulos (P57071)
Kostopoulos Law Group, PLLC
1821 W. Maple Rd.
Birmingham, MI 48009
 (248) 593-0300 ext. 11
dkostop@klawgrp.com

Peter B. Kupelian (P31812)
Carol G. Schley (P51301)
Clark Hill PLC
500 Woodward Ave., Suite 3500
Detroit, MI  48226
(313) 965-8524
pkupelian@clarkhill.com;
cschley@clarkhill.com

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
## REQUESTING EXTENSION OF DEADLINES BY 30 DAYS

This matter is before the Court on Defendant's Unopposed Motion Requesting Extension of Deadlines by 30 Days, and the Court being otherwise fully advised in the premises;

NOW THEREFORE, IT IS HEREBY ORDERED that the deadlines set forth in the Court's May 25, 2012 Order Setting Briefing Schedule are extended as follows:

- Plaintiff's motion for judgment (based upon stipulated facts to be jointly prepared by the parties prior to this deadline):  October 4, 2012

- Defendant's cross-motion/opposition brief:  October 18, 2012

- Plaintiff's response/reply brief:  November 1, 2012

- Defendant's reply brief:  November 15, 2012

Date:  September 9, 2012 _____          __ S/Robert H. Cleland
                                                 Hon. Robert H. Cleland

8397142.1 39862/154407