**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CERTIFIED RESTORATION
DRYCLEANING NETWORK, LLC,

    Plaintiff,

v.                                      Case No. 12-10531

FEDERAL INSURANCE COMPANY,

    Defendant.
                                           /

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Defendant's Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment" dated April 16, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Federal Insurance Company. Dated at Detroit, Michigan, this 16th day of April 2013.

                                                    DAVID J. WEAVER
                                                    CLERK OF THE COURT

                                                      s/ Lisa Wagner
                                                By: Lisa Wagner, Case Manager
                                                  to Judge Robert H. Cleland